IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC,<br><br>    *Plaintiff*<br><br>vs.<br><br>NOKIA CORPORATION AND NOKIA INC.,<br><br>    *Defendants* | Civil Action No. 6:13-CV-739-KNM<br><br>**JURY TRIAL DEMANDED** |

**ODER GRANTING AGREED MOTION TO
TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

The Court, having considered Plaintiff Super Interconnect Technologies LLC and Defendants Nokia Inc. and Microsoft Mobile Oy's Agreed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), is of the opinion that the motion should be **GRANTED and hereby ORDERS that** (1) this action is transferred to the United States District Court for the Southern District of California and that (2) Defendants' previously filed motion to transfer [Dkt. No. 55] is withdrawn *without* prejudice as moot.

So ORDERED and SIGNED this 4th day of September, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE